**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Stephen J. ALBERT**
**Lieutenant Commander (O-4), U.S. Coast Guard**

**CGCMG 0404**
**Docket No. 1499**

**02 August 2024**

General court-martial sentence adjudged on 12 September 2023.

| | |
|---|---|
| Military Judge: | CDR Emily P. Reuter, USCG |
| Appellate Defense Counsel: | LCDR Jennifer S. Saviano, USCG |
| Special Victim's Counsel: | Mr. Paul T. Markland, Esq. |

**BEFORE**
**McCLELLAND, HAVRANEK & BRUBAKER**
Appellate Military Judges

Per curiam:

A military judge sitting as a general court-martial convicted Appellant, consistent with his pleas entered in accordance with a plea agreement, of one specification of drunk and disorderly conduct, in violation of Article 134, Uniform Code of Military Justice (UCMJ); and one specification of conduct unbecoming an officer, in violation of Article 133, UCMJ. Appellant was sentenced to no punishment. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted his case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Sarah P. Valdes
Clerk of the Court